# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

*July 19, 2026*

**UNITED STATES OF AMERICA**
Vs.
**Valentin Garcia**

Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: C-26-540M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **July 18, 2026** in **Brooks** County, in the
(Date)

Southern District of Texas, defendant, **Valentin Garcia**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324** .
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the
Official Title
following facts:

See Attached Affidavit of U.S. Border Patrol Agent **Bryan Oliva**

Continued on the attached sheet and made a part of this complaint: **X** Yes ☐ No

_____
Signature of Complainant
**Bryan Oliva**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

July 19, 2026
DATE

at

Corpus Christi, Texas
City and State

**Julie K. Hampton  U.S. Magistrate Judge**
NAME AND TITLE OF JUDICIAL OFFICER

_____
Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report /affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

## FACTS/DETAILS:

On July 18, 2026, at approximately 5:00 a.m., a U.S. Border Patrol Agent assigned to the U.S. Border Patrol Checkpoint located near Falfurrias, observed a single driver in a tractor trailer, approach his inspection lane. The agent greeted the driver, Valentin GARCIA and asked GARCIA about his itinerary. As GARCIA replied that he was driving to Duncan, a Border Patrol Canine Handler was conducting an open-air sniff of the tractors cab. The canine handler asked the primary agent to request consent to open the side door of the tractor. Garcia gave consent. As the canine handler opened the door he noticed a subject laying inside the vehicle. The canine handler then notified the primary agent to send the vehicle to secondary.

Once in the secondary inspection area the canine handler conducted a search of the vehicle and discovered four subjects concealed in the sleeper area of the tractor trailer. Two subjects were in the bottom bunk and the other two were on the top bunk that was folded up. Border Patrol agents verified citizenship with the subjects and determined them all to be illegally present in the United States. GARCIA was arrested for alien smuggling and transported into the checkpoint with the 4 subjects for further processing.

Three cell phones were discovered by agents on the passenger seat of the tractor.

One subject was provided with a photo lineup and identified GARCIA as the driver of the Tractor trailer.

## PRINCIPLE MIRANDA RIGHTS (GARCIA, Valentin Joseph):

**GARCIA, Valentin Joseph** was read his Miranda Rights in his preferred language of English by Border Patrol Agents. **GARCIA, Valentin Joseph** signed Form I-214 stating he understood his rights and was willing to give a statement without a lawyer present.

**PRINCIPLE STATEMENT (GARCIA, Valentin Joseph):**

GARCIA said the truck belonged to his brother. Border Patrol Agents asked GARCIA if he knew he was coming to the Falfurrias Border Patrol Checkpoint. GARCIA was informed that the subjects who were discovered in his cab were Illegal Aliens and had no documentation to remain in the United States.

GARCIA admitted that he knew the people were in the cab of the tractor. When Agents asked GARCIA if he knew the subjects were illegal, GARCIA said he had an idea. GARCIA said he did not put the subjects in the truck and did not know them. GARCIA then decided to stop answering questions and mentioned he was digging himself a hole.

**DISPOSITION:**

The facts of this case were presented to the Assistant United States Attorney's Office who GARCIA, Valentin Joseph for prosecution of 8 USC 1324, Alien Smuggling. KUMAR, Uday will be held as material witnesses in this case.

Bryan Oliva
Border Patrol Agent

Submitted by reliable electronic means, sworn to signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this day July 19, 2026.

Julie K Hampton
United States Magistrate Judge